N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jerod Johnson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   09 C 5223 |
| ) | |
| Credit Bureaus of Southeast Missouri, ) | Judge Darrah |
| Inc., and Bill H. Berry, both of whom ) | |
| d/b/a Credit Bureau Services, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Plaintiff, Jerod Johnson, having reached a settlement with Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 17, 2009

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____        ENTERED:

_____
Judge John W. Darrah,
United States District Court

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2009, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

J. Michael True                                true@messerstilp.com
Messer & Stilp, Ltd.
A Professional Corporation
166 W. Washington, Suite 300
Chicago, Illinois 60602-2390
(312) 334-3444
(312) 334-3434 (FAX)


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
davephilipps@aol.com